*In re* LUIS R. TORRES RODRÍGUEZ.

*Número:* TS-4452          *Resuelto:* 21 de marzo de 2003

**I**

*Roberto J. Sánchez Ramos,* procurador general, *Cynthia Iglesias Quiñones*, procuradora general auxiliar, y *Héctor Clemente Delgado*, subprocurador general auxiliar interino, abogados de El Pueblo; *Belén M. Guerrero Calderón*, de la Comisión de Reputación de Aspirantes al Ejercicio de la Abogacía; *Luis R. Torres Rodríguez, pro se.*

## RESOLUCIÓN

Vista la *Solicitud de Reinstalación al Ejercicio de la Abogacía* presentada por el Sr. Luis R. Torres Rodríguez el 11 de abril de 2002, la *Resolución* de la Comisión de Reputación de 26 de diciembre de 2002, la *Moción Informativa* de 6 de marzo de 2003, presentada por el Procurador General, y la *Moción en Auxilio de Jurisdicción* de 17 de marzo de 2003, *se ordena la reinstalación del abogado de epígrafe.*

*Publíquese.*

Lo acordó el Tribunal y certifica la Secretaria del Tribunal Supremo. El Juez Presidente Señor Andréu García no intervino.

(*Fdo.*) Patricia Otón Olivieri
*Secretaria del Tribunal Supremo*